United States District Court
Southern District of Texas

**ENTERED**

September 06, 2022
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE SAM SHELDON  PRESIDING
DATE: September 6, 2022
COURT REPORTER:   ERO
MORNING: 11:46-11:48AM        AFTERNOON: _____
*************************************************************************

CIVIL NO 4:22cv577

Maida's Belts & Buckles,                          Paul Stephen Beik

    Plaintiff

v.

Lasting Designs, LLC                             Karen Bryant Tripp

    Defendant

*************************************************************************

MINUTE ENTRY ORDER:

The Court conducted the Initial Conference and entered a Scheduling Order.

SIGNED in Houston, Texas, this 6th  day of September, 2022.


_____
                        Sam Sheldon
            United States Magistrate Judge