United States District Court
Southern District of Texas
**ENTERED**
September 13, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MAIDA'S BELTS AND BUCKLES, INC., | § § § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 4:22-CV-00577 |
| LASTING DESIGNS, LLC D/B/A MAIDA'S | § § § | |
| Defendants. | § § | |

**ORDER GRANTING SECOND MOTION TO MODIFY SCHEDULING ORDER AND FOR CONTINUANCE OF TRIAL**

THIS CAUSE came before the Court upon the parties Agreed Motion to Modify Scheduling Order and for Continuance of Trial, and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE:** The Agreed Moton is granted. The scheduling order is modified and trial date continued, as follows:

1. Joint pretrial order is due:          December 6, 2024
   *The plaintiff is responsible for filing the pretrial order on time.*

2. Final Pretrial Conference is set for **1:30 PM** on:          January 7, 2025

3. Trial is set for **9:00 AM** on:          January 13, 2025
   *The case will remain on standby until tried.*

**DONE AND ORDERED.**

Dated: 9/11/24          By: _____
                              Hon. Andrew S. Hanen
                              **UNITED STATES DISTRICT JUDGE**